IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KAREN WRIGHT and
GILEY WRIGHT,

    Plaintiffs,

VS.                                                                     NO.: 1-04-1313-T/AN

WALGREEN CO.,

    Defendant.

### AGREED PROTECTIVE ORDER REGARDING MEDICAL RECORDS

IT APPEARING TO THE COURT that the parties agree to the entry of a Protective Order regarding medical records for the purpose of satisfying the requirements under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), so that medical records may be subpoenaed according to the Tennessee Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

The parties shall be permitted to acquire medical records through subpoena duces tecum served upon the appropriate medical records custodians as provided under the Tennessee Rules of Civil Procedure, subject to the following two requirements:

(1)     The parties are prohibited from using or disclosing the protected health information acquired through subpoena for any purpose other than the present litigation for which the information is requested; and

(2)     The parties are required to return the information to the medical provider from which the medical records are subpoenaed, or destroy the health information

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/3/05

-1-



(including all copies made) at the end of the litigation, proceeding or a time designated by the parties.

(3) This Protective Order does not permit the Defendant to obtain any materials or records not discoverable under the Federal Rules of Civil Procedure, specifically records retained or created by non-testifying consulting experts.

_____
JUDGE

DATE: 3 October 2005

Approved by:

_____ (with permission)
LEWIS COBB, ESQ.
Attorney for Plaintiff
Spragins, Barnett, Cobb & Butler, PLC.
312 East Layfayette St.
P.O. Box 2004
Jackson Tennessee 38302

_____
PAM WARNOCK GREEN BPR 10407
McNabb, Bragorgos & Burgess, PLLC
Attorneys for Defendant
81 Monroe, Suite 600
Memphis, Tennessee 38103
(901) 624-0640
Our File No: 9.2607

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01313 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT